

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Harry Knox, Member
State Board of Control
Austin, Texas

Dear Sir:

Opinion No. O-4346
Re: Construction of appropria-
tion to Austin State School
Farm Colony.

Your letter of the 20th instant asks the opinion of this department on the question whether item 39 of the current appropriation for the Austin State School Farm Colony (S. B. 402 Acts Regular Session 47th Legislature, page 944), which provides $20,000 for "moving, enlarging, improving and centralizing dairy and hog site", authorizes the Board of Control to purchase additional land for such purpose.

You are advised that any expenses reasonably necessary in order to move, enlarge, improve and centralize the dairy and hog site of the institution mentioned may be paid from the item of appropriation provided. If additional land be necessary in the opinion of the Board for this purpose, such land may be bought and paid for out of this item of appropriation, and within the limits thereof, of course.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

APPROVED JAN 1 194...

RWF:FC

APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT